UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 6:15-cv-92-GFVT

LAURENCE HOUGHTON,
a/k/a Lawrence Houghton,                                            PLAINTIFF,

V.                    **MAGISTRATE JUDGE'S
                      REPORT AND RECOMMENDATION**

EARL HEART, et al.,                                                 DEFENDANTS.

\* \* \* \* \* \* \* \* \* \* \*

The plaintiff, Laurence Houghton, is an inmate in the United States Penitentiary in Tucson, Arizona and is proceeding without counsel. [R. 1]. Houghton filed a complaint against the defendants seeking damages from an alleged assault. [R. 1]. Plaintiff also sought to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [R. 3]. The Court denied Houghton's motion to proceed *in forma pauperis* and ordered him to either pay the $350 filing fee and the $50 administrative fee or complete and file the proper *in forma pauperis* forms on or before June 26, 2015. [R. 5]. The Court warned Houghton that it would dismiss his case for failure to prosecute if he did not pay the fee or submit the proper forms by that date. [R. 5].

Under 28 U.S.C. § 636(b) and pursuant to this court's order, this matter is before the undersigned and has been referred to conduct all further proceedings, including the recommended disposition of any dispositive motions. [R. 6]. Since the court's order directing the Plaintiff to either pay the required fee or file the proper paperwork, Houghton has failed to do either and the June 26, 2015 deadline has since lapsed. [See R. 5]. Accordingly, having considered the matter fully, and

being otherwise sufficiently advised,

IT IS RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and STRICKEN from the docket. The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Report and Recommendation. Specific objections to this Report and Recommendation must be filed within fourteen (14) days from the date of service thereof or further appeal is waived. United States v. Campbell, 261 F.3d 628, 632 (6th Cir. 2001); Thomas v. Ann, 728 F.2d 813, 815 (6th Cir. 1984). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. Cowherd v. Million, 380 F.3d 909, 912 (6th Cir. 2004); Miller v. Currie, 50 F.3d 373, 380 (6th Cir. 1995).

Signed June 29, 2015



2