Eastern District of Kentucky
**FILED**
JUL 21 2015
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| LAURENCE HOUGHTON, | ) | |
| | ) | |
| Plaintiff | ) | Criminal No. 15-92-GFVT |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| EARL HEART, et al., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the report and recommendation of Magistrate Judge Edward B. Atkins. [R. 7.] Houghton originally sought to proceed *in forma pauperis* in this matter, but his motion was denied and he was ordered to either pay the filing fee or to file the proper *in forma pauperis* forms before June 26, 2015. [R. 3, 5.] Houghton was warned that his case would be dismissed if he did not comply with that Order. [R. 5.] Nevertheless, Houghton did not comply. As a result, and in accordance with the power delegated to him in 18 U.S.C. § 636(b), the Magistrate Judge recommends that the case be dismissed. [R. 7.] Houghton was given 14 days to object to that recommendation. [*Id.*] The Court has received no objection.

**ACCORDINGLY**, it is hereby **ORDERED** that the Magistrate Judge's recommendation is **ADOPTED**. [R. 7.] The present action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and **STRICKEN** from the docket.

This 21st day of July, 2015.



Signed By:
Gregory F. Van Tatenhove
United States District Judge